```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    14cr656-1(DLC)
                                         :
            -v-                          :    ORDER
                                         :
TERRENCE BUDDINGTON                      :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A conference to address specifications of Violation of Supervised Release is scheduled to occur on **April 30, 2021** at **2:00 PM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **April 22, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         April 12, 2021

                                  _____
                                           DENISE COTE
                                  United States District Judge